WO
*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Francisco-Parra, )<br>)<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>United States of America, )<br>)<br>Respondent. )<br>_____) | JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-632-TUC-FRZ<br>      CR-01-616-PHX-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #49 in CR-01-616-PHX-FRZ) is **DENIED** and this case (CV-05-632-TUC-FRZ) is **DISMISSED**.

October 28, 2005                RICHARD H. WEARE
Date                            CLERK

                                 S/ *M.  Michelle Mejia*
                                  M.  Michelle Mejia
                                     Deputy Clerk

Copies to:
J/B, FRZ, Cortez-Barrera, all Counsel