*WO*

*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Parra-Francisco, <br><br> Petitioner, <br><br> vs. <br><br> United States of America, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) JUDGMENT IN A CIVIL CASE <br> ) <br> ) Case: CV-06-00136-PHX-FRZ <br> )         CR-01-00616-PHX-FRZ <br> ) <br> ) |

X **DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's Amended § 2255 Motion for Time Reduction by an Inmate in Federal Custody (U.S.D.C. document #56 in CR-01-0616-PHX-FRZ) is **DENIED** and this case (CV-06-00136-PHX-FRZ) is **DISMISSED WITHOUT PREJUDICE**.

February 6, 2006                RICHARD H. WEARE
Date                            CLERK

                                *S/ M. Michelle Mejia*

                                M. Michelle Mejia
                                Deputy Clerk

Copies to:
J/B, FRZ, Parra-Francisco, all Counsel